People v Moses (2025 NY Slip Op 05429)

People v Moses

2025 NY Slip Op 05429

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, MONTOUR, AND SMITH, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (558/21) KA 19-01416.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ANTHONY MOSES, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.